**Karen Lea JONES, Appellant,**

v.

**MONTGOMERY WARD, Respondent.**

**No. WD 39438.**

Missouri Court of Appeals,
Western District.

Dec. 1, 1987.

L.R. Magee, Kansas City, for appellant.

Thomas Clinkenbeard, Kansas City, for respondent.

Before PRITCHARD, P.J., and GAITAN and COVINGTON, JJ.

**ORDER**

PER CURIAM.

Plaintiff appeals from an award of the Industrial Commission of Missouri denying her benefits under Chapter 287, RSMo 1978.

The judgment of the Commission is affirmed. Rule 84.16(b).